```
         UNITED STATES DISTRICT COURT FOR THE
            SOUTHERN DISTRICT OF WEST VIRGINIA
                 CHARLESTON GRAND JURY 2021
                   MARCH 7, 2023 SESSION
```

**FILED**
MAR - 7 2023


UNITED STATES OF AMERICA

v.                           CRIMINAL NO. 2:23-cr-00023
                             18 U.S.C. § 2422(b)
                             18 U.S.C. § 2251(a)
                             18 U.S.C. § 2251(e)
                             18 U.S.C. § 2252A(a)(5)(B)
                             18 U.S.C. § 2252A(b)(2)

ISAIAH HARLEY DANIELS

## S U P E R S E D I N G   I N D I C T M E N T

The Grand Jury Charges:

### COUNT ONE

On or about June 21, 2022, at or near Sissonville, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant ISAIAH HARLEY DANIELS, using a facility and means of interstate commerce, that is, cellular networks and the Internet, did knowingly attempt to persuade, induce, entice, and coerce an individual, Minor Victim 1, who had not attained the age of 18 years, to engage in sexual activity for which any person could have been charged with a criminal offense.

In violation of Title 18, United States Code, Section 2422(b).

## COUNT TWO

On or about June 21, 2022, at or near Sissonville, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant ISAIAH HARLEY DANIELS did attempt to employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted in and affecting interstate commerce and using a means and facility of interstate commerce.

In violation of Title 18, United State Code, Sections 2251(a) and 2251(e).

## COUNT THREE

On or about August 1, 2022, at or near Sissonville, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant ISAIAH HARLEY DANIELS did knowingly possess material, that is, computer graphic image files, containing images and videos of child pornography, as defined in 18 U.S.C. § 2256(8)(A), that involved prepubescent minors and which had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

## FORFEITURE

In accordance with 18 U.S.C. §§ 981 and 2253(a), 28 U.S.C. § 2461, and Rule 32.2(a) of the Federal Rules of Criminal Procedure, and premised on the conviction of defendant ISAIAH HARLEY DANIELS of a violation of 18 U.S.C. §§ 2251 et seq., as set forth in this Superseding Indictment, the defendant shall forfeit to the United States any visual depictions and any books, magazines, periodicals, films, videotapes, and other matter which contains such visual depictions, which were produced, transported, mailed, shipped, or received in connection with the violations set forth in this Superseding Indictment, any real and personal property constituting or traceable to gross profits or other proceeds obtained from the violations set forth in this Superseding Indictment, and any real and personal property used or intended to be used to commit or to promote the commission of the violations set forth in this Superseding Indictment, including, but not limited to, any cellular phone or other electronic devices used to commit the violations set forth.

WILLIAM S. THOMPSON
United States Attorney

By: _____
Julie M. White
Assistant United States Attorney